Richard G. Grotch, Esq. – SBN 127713
**Jetstream Legal APC**
80 Cabrillo Highway North, Suite Q-325
Half Moon Bay, CA 94019
Tel. 415.961.1691
rgrotch@jetstreamlegal.com

Attorney for Defendant
Delta Air Lines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPVINDER S. RAJPAL, an individual,<br><br>    Plaintiff,<br>vs.<br><br>DELTA AIR LINES, INC, a corporation; and DOES 1-30, inclusive,<br><br>    Defendants. | Case No.: 3:21-cv-05066-EMC<br><br>NOTICE OF SETTLEMENT OF THE ENTIRE ACTION AND REQUEST TO VACATE THE AUGUST 23, 2022 FURTHER CASE MANAGEMENT CONFERENCE<br><br>Honorable Edward M. Chen<br>United States Senior District Judge |

    Through the private mediation process, the parties to this case, plaintiff Opvinder S. Rajpal and defendant Delta Air Lines, Inc. (collectively, "the Parties") have agreed to a settlement of the entire action. Promptly upon fulfilling the terms of the settlement, and within a period not to exceed 60 days, the parties will file a stipulation for dismissal of the entire action, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). This time is necessary not only to formally memorialize the settlement but also for plaintiff to resolve any liens or rights of recovery by the Centers for Medicare & Medicaid Services.

///

///

///

///

Because the settlement fully resolves all issues between the Parties, the Parties respectfully request that the Court vacate the further case management conference currently scheduled for August 23, 2022, at 2:30 p.m.

Dated: August 16, 2022                                    Respectfully submitted,

**JETSTREAM LEGAL APC**

By: _____
Richard G. Grotch
Attorneys for Defendant
Delta Air Lines, Inc.