Richard G. Grotch, Esq. – SBN 127713
**Jetstream Legal APC**
80 Cabrillo Highway North, Suite Q-325
Half Moon Bay, CA 94019
Tel. 415.961.1691
rgrotch@jetstreamlegal.com

Attorney for Defendant
Delta Air Lines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPVINDER S. RAJPAL, an individual,<br><br>    Plaintiff,<br>vs.<br><br>DELTA AIR LINES, INC, a corporation; and DOES 1-30, inclusive,<br><br>    Defendants. | Case No.: 3:21-cv-05066-EMC<br><br>STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [FRCP 41(A)(1)(A)(ii)]<br><br>Honorable Edward M. Chen<br>United States Senior District Judge |

　　　IT IS HEREBY STIPULATED, by and between plaintiff Opvinder S. Rajpal and defendant Delta Air Lines, Inc., through their respective counsel, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-entitled action, as well as all claims asserted therein, may be dismissed upon their merits, with prejudice, with each party to bear his or its own attorneys' fees and costs, and that an order of dismissal may be entered without further notice or proceedings.

　　　SO STIPULATED.

Dated: September _7_, 2022　　　　　　　　　　**ROBINS CLOUD LLP**

　　　　　　　　　　　　　　　　　　　　　　By:_/s/ Jake Cohen_____
　　　　　　　　　　　　　　　　　　　　　　　　Bill Robins III
　　　　　　　　　　　　　　　　　　　　　　　　Jake Cohen

1

**THE MANN LAW FIRM**

Mohinder S. Mann
Gurinder S. Mann

Attorneys for Plaintiff
Opvinder S. Rajpal

Dated: September 7, 2022

***JETSTREAM LEGAL APC***

By: /s/ Richard G. Grotch
Richard G. Grotch
Attorneys for Defendant
Delta Air Lines, Inc.

September 7, 2022



GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2